◎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  OHIO

DR. SALMA MUSAAD ALI MUSADD, et al.

**JUDGMENT IN A CIVIL CASE**

V.

ROBERT MUELLER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATIONS, et al.

Case Number:  1:07-cv-00149

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...that while the Court DENIES Defendants' Motion to Dismiss (doc. 4), the Court also REMANDS this matter to U.S. Citizenship and Immigration Services, with instructions to act as expeditiously as is practical once the results of Plaintiff's background check are received.

10/16/2007

Date

JAMES BONINI, CLERK

Clerk

s/Kevin Moser

(By) Deputy Clerk